IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION


Santos Bruno Vega

       Plaintiff

v.

                                      1:16cv506 (JCC/TCB)

El Agave 1, Inc., et al.

       Defendants


## ORDER

In response to the Courts order of September 30, 2016 the plaintiff requested an additional

60 days to effectuate service and after allowing additional time it is accordingly

ORDERED that this action be dismissed without prejudice pursuant to F.R.Civ.P. 4(m).


                                      /s/
                               James C. Cacheris
                         United States District Judge


March 1, 2017
Alexandria, Virginia